No. 13,796.

SPARKLIN ET AL. *v.* THE WARDENS AND VESTRYMEN OF
ST. JAMES' CHURCH.

SUPREME COURT.—*Brief.— Waiver of Errors.*—Alleged errors, which are
not discussed in the brief of counsel, are waived.

SAME.—*Assignment of Error.*—A joint assignment of error by several ap-
pellants presents no question as to a ruling affecting only one of them.

From the Elkhart Circuit Court.

*L. Wanner, W. H. Vesey, C. W. Miller, H. C. Dodge, R.
M. Johnson* and *E. G. Herr,* for appellants.

*W. L. Stonex, E. E. Mummert* and *J. H. Baker,* for appel-
lees.

OLDS, J.—This is an action brought by the appellees
against Charles C. Sparklin, Anna L. Sparklin, Henry Kolb
and William Gross, for the possession of and to quiet title
to certain real estate described in the complaint. Issue was
joined and there was a trial resulting in a judgment in favor
of the appellees, and Sparklin and Sparklin appeal to this
court.

The appellants jointly assign as error : *First.* The over-
ruling of the demurrer to the complaint, and *Second.* Er-
ror in sustaining the demurrer to the answer of Anna L.
Sparklin.

The first alleged error is not discussed by counsel in their
brief, and is, therefore, waived. There is not a proper as-
signment of the second alleged error.

The defendant Anna L. Sparklin filed a separate answer
to the complaint, to which there was a demurrer filed and
sustained, and both of the appellants join in the assignment
of error that the court erred in sustaining the demurrer to
said separate answer of Anna L.

It has been repeatedly held by this court that a joint as-

signment of error by several appellants presents no question as to a ruling against one of the appellants, and which constitutes error against one only. *Orton* v. *Tilden*, 110 Ind. 131; *Hinkle* v. *Shelley*, 100 Ind. 88; *Robbins* v. *Magee*, 96 Ind. 174; *Boyd* v. *Pfeifer*, 95 Ind. 599; *Williams* v. *Riley*, 88 Ind. 290; *Feeney* v. *Mazelin*, 87 Ind. 226; *Eichbredt* v. *Angerman*, 80 Ind. 208.

There is no question presented for the decision of this court.

Judgment affirmed, with costs.

